**FILED**

FEB 24 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 1:12CR00318-006 LJO |
| vs. | ORDER OF RELEASE |
| JUAN CARLOS PEREZ-GONZALES, | |
| Defendant. | |

The above named defendant having been sentenced on February 24, 2014, to a period of time served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow. This Order in no way addresses any potential or existing Immigration or Deportation issues.

DATED: February 24, 2014

_____
HONORABLE LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE

1